UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2021
```

DILENIA PAGUADA, on behalf of herself and all
others similarly situated,

                              Plaintiff,

                    -against-

ED BROWN PRODUCTS, INC.,

                              Defendant.

1:21-cv-00562-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have

reached a settlement in principle [ECF No. 10]. Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the Parties are unable to memorialize their settlement

in an agreement and as long as the application to restore the action is made by **May 14, 2021**. If

no such application is made by that date, today's dismissal of the action is with prejudice. *See*

*Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **April 15, 2021**
       **New York, NY**

                              *Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**